THE HONORABLE JUDGE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAM NIWAS GAZAB,<br><br>  Defendant. | No. CR24-005-TL<br><br>MOTION TO SEAL EXHIBIT<br><br>Note on Motion Calendar: April 9, 2024 |

Ram Gazab, through counsel, moves this Court to order that Exhibit A to Motion to Reopen Detention Hearing be filed under seal and secured from public access until further order of the Court. This motion is based on the confidential information contained in the document, which if made public could result in irreparable harm to the defendant. The right of access is outweighed by the interests of both the public and the parties in protecting the substance of this document from public view. There is compelling reason to order that Exhibit A be sealed.

DATED this 9th day of April 2024.

Respectfully submitted,

s/ *Nancy Tenney*
s/ *Sara Brin*
Assistant Federal Public Defenders
Attorneys for Ram Gazab

We certify the foregoing contains 94 words, in compliance with the Local Criminal Rules.

MOTION TO SEAL EXHIBIT
(*U.S. v. Gazab,* CR24-005-TL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100