UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S.A., | CASE NO. 2:24-cr-00005-JHC-1 |
| Plaintiff, | ORDER |
| v. | |
| RAM N GAZAB also known as Ram Niwas Gazab, | |
| Defendant. | |

This matter comes before the Court on The Government's Unopposed Motions *In Limine*. Dkt. # 53. The Court GRANTS the motions. The Court excludes: (1) evidence, argument, or any mention of the potential penalties that could be imposed or collateral consequences that could result if Defendant were found guilty; and (2) evidence, argument, or any mention of MV1's sexual history. And with respect to the book *Lucky*, the Court limits questioning of MV1 to the fact that he recently read the book, the contents of the book, and how it may have affected his state of mind.

/

/

ORDER - 1

/

Dated this 3rd day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　*John H. Chun*
　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 2